■ Joseph S. Lynn, Appellant, v. First Terrace Gardens, Inc., Respondent.—Order unanimously affirmed, with $20 costs and disbursements to the respondent, without prejudice to the making of a new motion to examine Abraham Traub upon a showing that he possesses knowledge or information material to the issues herein which are not in possession of the other directors of the defendant corporation. No opinion. Concur—Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ Lucille De Laney, Appellant, v. Bert A. Greene et al., Respondents. —Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur—Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ Harold F. Delaney et al., Appellants, v. Mary E. Ginsler et al., Respondents, et al., Defendants.—Order insofar as appealed from unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur—Botein, P. J., Valente, McNally and Bergan, JJ.

■ Cotton Shop Fifth Avenue Corporation, Respondent, v. Columbia Pictures Corporation, Appellant.—Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur—Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ Harold Krasner, Doing Business as Westchester Food Service, Respondent, v. Kellogg Company et al., Appellants.—Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur—Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

## (January 23, 1958)

■ The People of the State of New York v. Isaiah Rambert.—Motion to dismiss appeal granted. Concur—Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ Philip Pearlman v. Kingston Park, Inc., et al.—Motion for resettlement granted. Settle order. Concur—Botein, P. J., Valente, McNally, Stevens and Bergan, JJ. [See 4 A D 2d 871, 1013.]